IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JUSTIN GARDNER, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV46 |
| v. | ) | |
| | ) | **ORDER** |
| STATE OF NEBRASKA, | ) | |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Motion to Appoint Legal Counsel (Filing No. 6) is denied.

DATED this 9th day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge