IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN GARDNER,<br><br>                      Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>                      Respondent. | **8:18CV46**<br><br>**ORDER** |

      Pending before me is an application to proceed in forma pauperis (Filing 94) and a motion to vacate mandate (Filing 96). After careful consideration,

      IT IS ORDERED that the application (Filing 94) and the motion to vacate (Filing 96) are denied. The Clerk shall provide the Clerk of the United States Court of Appeals of the Eighth Circuit with a copy of this order.

      Dated this 27th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge