IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JUSTIN GARDNER, | |
|---|---|
| Petitioner, | 8:18CV46 |
| vs. | |
| STATE OF NEBRASKA, | ORDER |
| Respondent. | |

After careful review,

IT IS ORDERED that Petitioner's Motion for Leave to Appeal in forma pauperis (Filing 112) is not taken in good faith and is denied. Petitioner's Request for Transcript (Filing 114) and Notice of Subpoena (Filing 115) are denied.

Dated this 20th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge