IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JUSTIN GARDNER, | |
|---|---|
| Petitioner, | 8:18CV46 |
| vs. | |
| STATE OF NEBRASKA, | ORDER |
| Respondent. | |

After careful review,

IT IS ORDERED that the notice (Filing 123) (regarding Filing 118) construed as a motion to appeal in forma pauperis is denied as it is not taken in good faith. No certificate of appealability will be issued. The Clerk shall not process the appeal but shall send a copy of this Order to the Clerk of the Court of Appeals and Mr. Gardner.

Dated this 1st day of June, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge