IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN GARDNER,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>　　　　　　　Respondent. | 8:18CV46<br><br>**ORDER** |

　　　　This matter is before the court on the Notice of Appeal (filing 132) and Motion for Leave to Proceed on Appeal In Forma Pauperis (filing 133) filed by Petitioner Justin Gardner on July 15, 2021. Petitioner appeals from the court's Order dated June 17, 2021, which denied Petitioner leave to appeal in forma pauperis with respect to a previously filed notice of appeal. (Filing 128.) Because this appeal is frivolous and not taken in good faith,

　　　　IT IS ORDERED that: Petitioner's Motion for Leave to Proceed on Appeal In Forma Pauperis (filing 133) is denied.

　　　　Dated this 19th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge