IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTIN GARDNER,

                    Petitioner,                          **8:18CV46**

          vs.

STATE OF NEBRASKA,                                       **ORDER**

                    Respondent.

IT IS ORDERED that Petitioner's "Petition for Permission to Appeal" (Filing 142), construed as a motion, is denied. This matter is already pending on appeal before the Eighth Circuit Court of Appeals.

Dated this 7th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge