IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTIN GARDNER,

Petitioner,

vs.

STATE OF NEBRASKA,

Respondent.

**8:18CV46**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. Filing No. 199. Petitioner filed a Notice of Appeal, Filing No. 196, on September 30, 2026. Petitioner appeals from the Court's Memorandum and Order dated September 1, 2026, Filing No. 195, in which the Court denied Petitioner's motion, Filing No. 194, and prohibited Petitioner from filing any future frivolous documents or motions in this closed habeas case or any of his other closed cases. Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the Court finds Petitioner is entitled to proceed in forma pauperis on appeal.

However, the Court will not issue a certificate of appealability in this case. A certificate of appealability is required to appeal from "the final order in a habeas corpus proceeding" brought pursuant to 28 U.S.C. § 2254. 28 U.S.C. § 2253(c)(1); *see also* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b)(1). The standards for certificates (1) where the district court reaches the merits or (2) where the district court rules on procedural grounds are set forth in *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000). In this case, Petitioner has failed to make a substantial showing of the denial of a constitutional right. The Court is not persuaded that the claims raised in Petitioner's motion are debatable

among reasonable jurists, that a court could resolve the claims differently, or that the claims deserve further proceedings.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for Leave to Appeal in Forma Pauperis, Filing No. 199, is granted.

2. The Court will not issue a certificate of appealability in this case.

Dated this 20th day of October, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge